AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Toni Larusso, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 7:21-cv-10849 |
| v. | ) ) | |
| CVS Health Corporation, and CVS Pharmacy, Inc. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CVS Pharmacy, Inc.
1 CVS Drive,
Woonsocket, RI 02895

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jonas Jacobson
DOVEL & LUNER, LLP
201 Santa Monica Boulevard, Suite 600
Santa Monica, CA 90401
jonas@dovel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     12/20/2021                                      /s/ P. Canales

                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:21-cv-10849

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CVS Pharmacy, Inc.

was received by me on *(date)*   12/23/2021

❑ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   CT Corporation System, Inc., Agent for Service of Process by service Dahrlena Mithcell, Intake Specialist   , who is

designated by law to accept service of process on behalf of *(name of organization)*   CVS Pharmacy, Inc. at

155 Federal Street, Suite 700, Boston, Massachusetts 02110 at 1:16 p.m.  on *(date)*   12/27/2021   ; or

❑ I returned the summons unexecuted because                    ; or

❑ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   December 29, 2021

*Server's signature*

GAVIN CASTAGNA, Not a Registered California Process Server
*Printed name and title*

327 Union Avenue, Framingham, Massachsetts 01702
Phone No.: (508) 872-3757

*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following document was also served: 1: Class Action Complaint

*Toni Larusso, etc. v. CVS Health Corporation; et al.*                    #2018891R