UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TONI LARUSSO, individually and on behalf of all
others similarly situated,

                Plaintiff,

v.

CVS PHARMACY, INC.,

                Defendant,
---------------------------------------------------------------X

**ORDER**

21-CV-10849 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been advised that the parties seek the dismissal, without prejudice, of Defendant CVS Health Corporation from this action. That application is granted.

    The Clerk of Court is respectfully directed to: (i) terminate CVS Health Corporation as a party in this action and (ii) terminate the motion sequence pending at Doc. 33.

                                    **SO ORDERED:**

Dated: White Plains, New York
         July 26, 2022

                                    Philip M. Halpern
                                    United States District Judge